Commonwealth ex rel. Stamm, Appellant, *v.* Myers.

Submitted January 5, 1967. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Adam Stamm,* appellant, in propria persona.

*Ralph J. Althouse, Jr.,* Assistant District Attorney, and *W. Richard Eshelman,* District Attorney, for appellee.

OPINION PER CURIAM, March 14, 1967:

Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.